```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO.  06 B 06801
    SHENELL ODOM
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-2790


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

      1.   The case was filed on 06/12/06 and confirmed on 08/04/06.

      2.   The case was dismissed after confirmation, 10/24/2008.

      3.   The Debtor paid a total of $   5928.75 .

      4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                 PAID             PAID
-----------------------------------------------------------------------------

CENTRIX FINANCIAL          SECURED VEHIC     1381.82           576.75          1381.82
ADVANCE TIL PAYDAY         UNSECURED        NOT FILED             .00              .00
COLLEGE OF LAKE COUNTY     UNSECURED        NOT FILED             .00              .00
COMCAST DIGITAL PHONE SV   UNSECURED        NOT FILED             .00              .00
B REAL LLC                 UNSECURED              .00             .00              .00
DEVRY INC                  UNSECURED         3544.59              .00            41.19
EVANSTON NORTHWESTERN HE   UNSECURED        NOT FILED             .00              .00
FIRST NATIONAL CREDIT CA   UNSECURED        NOT FILED             .00              .00
FIRST SAVINGS CREDIT CAR   UNSECURED        NOT FILED             .00              .00
GUSTAV R KOZINA DDS        UNSECURED        NOT FILED             .00              .00
ROUNDUP FUNDING LLC        UNSECURED          372.46              .00             9.67
LEADING EDGE RECOVERY SO   UNSECURED        NOT FILED             .00              .00
MERRICK BANK               UNSECURED          878.93              .00            10.22
NATIONWIDE ACCEPTANCE      UNSECURED         1577.64              .00            40.94
NATIONWIDE CREDIT          UNSECURED        NOT FILED             .00              .00
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED             .00              .00
SBC AMERITECH              UNSECURED        NOT FILED             .00              .00
CALVARY PORTFOLIO SERVIC   UNSECURED          500.68              .00            12.99
TCF NATIONAL BANK          UNSECURED        NOT FILED             .00              .00
ILLINOIS STUDENT ASSIST    UNSECURED        10423.01              .00           270.47
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                 PAID             PAID
-----------------------------------------------------------------------------

RJM ACQUISITIONS LLC       UNSECURED          124.86              .00             3.24
JEFFERSON CAPITAL SYSTEM   UNSECURED         1012.38              .00            26.28
CENTRIX FINANCIAL          UNSECURED        12245.07              .00           317.76
           Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY      UNSECURED        OTHER           TOTAL
-----------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      1381.82           .00      30679.62           .00     32061.44
PRINCIPAL PAID          1381.82           .00        732.76           .00      2114.58
INTEREST PAID            576.75           .00            .00           .00       576.75
TOTAL PAID              1958.57           .00        732.76           .00      2691.33
```
The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   3000.00 and was paid $       6.00   direct  and $    2994.00   through the plan.

The Trustee received $     243.42 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 01/16/09                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE